UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　　Debtor,<br>―――――――――――――<br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ENRIQUE TORRES,<br><br>　　　　　　　　　Defendant. | NO:  CV-12-671-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br><br>Adv. Proc. No. 11-80195-PCW11<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

    Pursuant to the Order Granting Stipulation of Dismissal of Defendant Enrique Torres filed in the Bankruptcy Court under case number 09-06194-PCW11, adversary number 11-80195, and Enrique Torres being the only Defendant in this cause, this Court hereby dismisses this case, with prejudice and

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

with each party to bear their own fees and costs. Any pending motions are denied as moot, and any pending court dates are stricken.

**IT IS SO ORDERED**.

The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel and to pro se Defendant.

**DATED** this 19th day of August 2013.

 *s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge