AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

IN RE: LLS AMERICA, LLC,
Debtor,
BRUCE P. KRIEGMAN,    )
*Plaintiff*          )
v.                   )   Civil Action No. CV-12-671-RMP
                     )
ENRIQUE TORRES,      )
                     )

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Order Granting Stipulation of Dismissal of Defendant Enrique Torres filed in Bankruptcy Court under case number 09-06194-PCW11, adversary number 11-80195, and Enrique Torres being the only Defendant in this cause, this Court herby dismisses this case, with prejudice and with each party to bear their own fees and costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: August 19, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Switzer
*(By) Deputy Clerk*